MAGNOLIA PETROLEUM Co. et al. *v.* ALA. & V. RY. Co. et al.

No. 40961 February 23, 1959 109 So. 2d 537

*Heidelberg, Woodliff, Castle & Franks, Wells, Thomas & Wells,* Jackson, for appellants.

*Brunini, Everett, Grantham & Quin,* Jackson and Vicksburg; *Byrd, Wise & Smith, F. L. Wright, Jr., Wright, Overstreet, Kuykendall & Perry,* Jackson, for appellees.

ARRINGTON, J.

This case is controlled by the decision in Alabama and Vicksburg Railway Company, et al. v. C. J. Mashburn, et al., No. 40,960, this day decided.

Affirmed.

*McGehee, C. J.,* and *Roberds, Hall, Lee* and *Ethridge, JJ.,* concur. *Kyle, Holmes* and *Gillespie, JJ.,* dissenting.